**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 6, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-24-00122-CV

---

### ENERGY TRANSFER LP (FORMERLY KNOWN AS ENERGY TRANSFER OPERATING, L.P.) AND ETC TEXAS PIPELINE, LTD., Appellants

### V.

### CULBERSON MIDSTREAM LLC; CULBERSON MIDSTREAM EQUITY, LLC; MOONTOWER RESOURCES GATHERING, LLC; MOONTOWER RESOURCES OPERATING, LLC; AND MOONTOWER RESOURCES WI, LLC, Appellees

**On Appeal from the Business Court Division 1B**
**Trial Court Cause No. 24-BC01B-0005**

---

## MEMORANDUM  OPINION

The parties have filed a joint motion to dismiss this appeal.  *See* Tex. R. App. P. 42.1.  The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.